UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Troy S. Kane,<br>　　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-12176/JKF |
| Nationstar Mortgage LLC,<br>　　　　Movant,<br>v.<br><br>Troy S. Kane,<br>　　　Respondent/Debtor,<br><br><br>William C. Miller<br>　　　Additional Respondent. | |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on July 25, 2016.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: August 1, 2016　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:16-053633　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com