**Fill in this information to identify the case**

**Debtor 1** Troy S. Kane

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** **EASTERN** District of **PA**
                                                                    **(State)**

**Case number** 16-12176

# Official Form 410S1

Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor** | Nationstar Mortgage LLC | **Court claim no.** (if known) | N/A |
| **Last four digits** of any number you use to identify the debtor's account: | 4060 | **Date of payment change** Must be at least 21 days after date of this notice | 9/1/2016 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,183.43 |

**Part 1:** Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $500.55        New escrow payment:   $393.75

**Part 2:** Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:              %          New interest rate:              %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

**Part 3:** Other Payment Change

16-019171_MAR1

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

16-019171_MAR1

| Debtor 1 | Troy | S. | Kane | Case number (if known) 16-12176 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Karina Velter                                    Date   August 5, 2016
Signature

Print:       Karina Velter (94781)                       Title   Attorneys for Creditor

Company      Manley Deas Kochalski LLC

Address      P.O. Box 165028
             Number        Street

             Columbus, OH  43216-5028
             City           State       ZIP Code

Contact phone   614-220-5611                             Email   kvelter@manleydeas.com

16-019171_MAR1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Troy S. Kane** | : | **Case No.: 16-12176** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Jean K. FitzSimon** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Diana M. Dixon, Attorney for Troy S. Kane, 107 N. Broad Street, Suite 307, Doylestown, PA 18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August _5_, 2016:

Troy S. Kane, 1133 Arrott Street, Philadelphia, PA  19124

Troy S. Kane, 1133-35 Arrott Street, Philadelphia, PA 19124


DATE: __8/5/16__

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

16-019171_MAR1

Contact email is kvelter@manleydeas.com

16-019171_MAR1

**Nationstar Mortgage**
P.O. BOX 619063
DALLAS, TX 75261-9063

MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

July 12, 2016

TROY KANE
1133 ARROTT ST 35
PHILADELPHIA PA  19124-3138

RE:  Loan Number: **Redacted**
Case #: 1612176
TROY KANE
Property Address:
113335 ARROTT STREET
PHILADELPHIA, PA 19124

Dear TROY KANE:

**Why am I receiving this letter?**
An escrow analysis was performed on your account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, your Dedicated Loan Specialist is Jeff Vinson and can be reached at (877) 782-7612 EXT. 4670855 or via mail at address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.



Sincerely,

Nationstar Mortgage LLC
Bankruptcy Department

Enclosure: Escrow Account Disclosure Statement

This communication is for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.



CBEAPFDV0215



**Nationstar MORTGAGE**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**Escrow Account Disclosure Statement**

Customer Service: 1-888-480-2432
Mon-Thurs 8 am to 8 pm, Fri 8 am to 6 pm, Sat 8 am to 2 pm CT

Tax/Insurance: 1-888-297-2432
Mon-Thurs 8 am to 5 pm CT

Redacted

TROY KANE
1133 ARROTT ST 35
PHILADELPHIA PA  19124-3138

Your Loan Number  Redacted
Statement Date: 07/12/2016

**Why am I receiving this?** Nationstar completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Nationstar maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts.

**What does this mean for me?** At this time, your Escrow Account has more money than needed, resulting in a surplus of $358.90. Due to this surplus and changes in your taxes and insurance premiums, **your monthly escrow payment will decrease by ($106.80).**

**What do I need to do?** Due to the status of your loan, we are retaining these funds in your escrow account per RESPA guidelines. Please note that effective 09/01/2016, your new total monthly payment will be $1,183.43.

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $789.68 | $0.00 | $789.68 |
| ESCROW | $500.55 | ($106.80) | $393.75 |
| **Total Payment** | **$1,290.23** | **($106.80)** | **$1,183.43** |

See below for overage calculation

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.

Minimum Required Balance  $776.76 ———— Lowest Projected Balance $1,135.66

Surplus Amount $358.90

Please see the Coming Year Projections table on the back for more details.

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| CITY TAX | $0.00 | $2,171.55 | $2,171.55 |
| FHAMIP INS | $5.37 | $59.12 | $64.49 |
| HAZARD SFR | $0.00 | $2,489.00 | $2,489.00 |
| **Annual Total** | **$5.37** | **$4,719.67** | **$4,725.04** |

If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at MyNationstar.com.

This communication is for informational purpose only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.

INTERNET REPRINT

The change in your escrow payment may be based on one or more of the following factors:

| Payment(s) | Taxes | Insurance |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected<br>• Monthly payment(s) received earlier or later than expected<br>• Previous overage returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Paid earlier or later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Paid earlier or later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New insurance escrow requirement paid<br>• Force placed insurance premium paid |

**Prior Year Account History and Coming Year Projections**

This is a statement of the actual activity in your escrow account from 07/16 through 08/16. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $776.76 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,135.66 will be reached in February 2017. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $358.90. These amounts are indicated with an arrow (<).

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $0.00 | $0.00 |
| 07/16 | $0.00 | $8,402.61 E | $0.00 | $0.00 | Anticipated Payments 03/15-07/16 | $0.00 | $8,402.61 |
| 07/16 | $0.00 | $0.00 | $0.00 | $5,431.86 * | Esc pay adj | $0.00 | $2,970.75 |
| 08/16 | $0.00 | $500.55 | $0.00 | $5.37 E | FHAMIP INS | $0.00 | $3,465.93 |
| Total | $0.00 | $8,903.16 | $0.00 | $5,437.23 | Total | $0.00 | $3,465.93 |

| Month | Projected Payment | | Projected Disbursements | | Description | Current Balance | Required Balance Projection |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $3,465.93 | $3,107.03 |
| 09/16 | $393.75 | | $5.37 | | FHAMIP INS | $3,854.31 | $3,495.41 |
| 10/16 | $393.75 | | $5.37 | | FHAMIP INS | $4,242.69 | $3,883.79 |
| 11/16 | $393.75 | | $5.37 | | FHAMIP INS | $4,631.07 | $4,272.17 |
| 12/16 | $393.75 | | $5.37 | | FHAMIP INS | $5,019.45 | $4,660.55 |
| 01/17 | $393.75 | | $5.37 | | FHAMIP INS | $5,407.83 | $5,048.93 |
| 01/17 | $0.00 | | $2,489.00 | | HAZARD SFR | $2,918.83 | $2,559.93 |
| 02/17 | $393.75 | | $2,171.55 | | CITY TAX | $1,141.03 | $782.13 |
| 02/17 | $0.00 | | $5.37 | | FHAMIP INS | $1,135.66 | $776.76 < |
| 03/17 | $393.75 | | $5.37 | | FHAMIP INS | $1,524.04 | $1,165.14 |
| 04/17 | $393.75 | | $5.37 | | FHAMIP INS | $1,912.42 | $1,553.52 |
| 05/17 | $393.75 | | $5.37 | | FHAMIP INS | $2,300.80 | $1,941.90 |
| 06/17 | $393.75 | | $5.37 | | FHAMIP INS | $2,689.18 | $2,330.28 |
| 07/17 | $393.75 | | $5.37 | | FHAMIP INS | $3,077.56 | $2,718.66 |
| 08/17 | $393.75 | | $5.37 | | FHAMIP INS | $3,465.94 | $3,107.04 |
| Total | $4,725.00 | | $4,724.99 | | Total | $3,465.94 | $3,107.04 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions about this statement, please call our **Customer Service Department toll-free at 1-888-480-2432.**