**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Troy S. Kane** | : | **Case No.: 16-12176** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Jean K. FitzSimon** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                           Respectfully submitted,

                                           /s/ Karina Velter
                                           Karina Velter, Esquire (94781)
                                           Kimberly A. Bonner (89705)
                                           Holly N. Wolf (322153)
                                           Manley Deas Kochalski LLC
                                           P.O. Box 165028
                                           Columbus, OH  43216-5028
                                           Telephone: 614-220-5611
                                           Fax: 614-627-8181
                                           Attorneys for Creditor
                                           The case attorney for this file is Karina Velter.
                                           Contact email is kvelter@manleydeas.com

16-019171_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Troy S. Kane** | : | Case No.: 16-12176 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Jean K. FitzSimon** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Diana M. Dixon, Attorney for Troy S. Kane, 107 N. Broad Street, Suite 307, Doylestown, PA 18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 30, 2016:

Troy S. Kane, 1133 Arrott Street, Philadelphia, PA  19124

Troy S. Kane, 1133-35 Arrott Street, Philadelphia, PA 19124

DATE:  August 30, 2016

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-019171_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com