United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy S. Kane  
      Debtor

Case No. 16-12176-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 03, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db             +Troy S. Kane,   1133 Arrott Street,   Philadelphia, PA 19124-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DIANA M. DIXON    on behalf of Debtor Troy S. Kane dianamdixonesq@gmail.com  
         KARINA   VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
         KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com  
         THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Troy S. Kane                                         :Bankruptcy No. 16-12176

                Debtor                                      :Chapter 13

## ORDER

AND NOW, upon consideration of the Application for Compensation filed by the Debtor's Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is ORDERED that:

1. The Application is GRANTED.

2. Compensation/Reimbursement in the amount of $3,360.00 is ALLOWED in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less $1,810.00, which was paid by the Debtor prepetition.

4. Reimbursement of expenses in the amount of $360.00 for the filing fee & costs is allowed.

5. The total amount to be paid by the Trustee is $1,550.00.

6. If the Applicant has not already taken reimbursement of $310.00 from amount paid by the Debtor to the Applicant prepetition (e.g. by transferring the filing fee amount from a trust account to an operating account), the Applicant is now authorized to do so.

**Date: March 3, 2017**

_____
Judge Jean K. FitzSimon
United States Bankruptcy Judge
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299