# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 16-12176-ELF

TROY S. KANE

1133 ARROTT STREET

PHILADELPHIA, PA 19124

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TROY S. KANE

    1133 ARROTT STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

                                                /S/ William C. Miller

Date: 10/23/2018                              _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee