## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Troy S. Kane                                        :Bankruptcy No. 16-12176

        Debtor                                        :Chapter 13

### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on December 3, 2018, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Fourth Amended Plan to the creditors on the matrix and a copy of the Fourth Amended Plan to the following:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

United States Trustee
833 Chestnut Street
Philadelphia, PA 19107

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                    S/Diana M. Dixon, Esq.
                                                    **DIANA M. DIXON, ESQUIRE**
                                                    **107 N. Broad St.**
                                                    **Suite 307**
                                                    **Doylestown, PA  18901**