United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy S. Kane  
    Debtor

Case No. 16-12176-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                          Form ID: 167       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db           +Troy S. Kane,    1133 Arrott Street,    Philadelphia, PA 19124-3175
cr           +NATIONSTAR MORTGAGE LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,
               Suite 150,    King of Prussia, PA 19406-4702
13700232      Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
13700233      City of Philadelphia,    Municipal Services Department,    Department of Streets,    7th Floor,
               Philadelphia, PA 19102-1676
13861546     +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13780255    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13705419     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13700234      E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:49:55     City of Philadelphia,
               Department of REvenue,    Water Revenue Department,    PO Box 41496,
               Philadelphia, PA 19101-1496
13778715     +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:49:55
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD.,  5TH FLOOR,    PHILADELPHIA, PA 19102-1640
                                                                                               TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Debtor Troy S. Kane dianamdixonesq@gmail.com
              KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Troy S. Kane
    Debtor(s)

Case No: 16–12176–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 10/1/19

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/17/19

Timothy B. McGrath
Clerk of Court

72 – 70, 71
Form 167