## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Troy S. Kane | | |
| | Debtor | CHAPTER 13 |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | |
| Troy S. Kane | | NO. 16-12176 ELF |
| | Debtor | |
| William C. Miller, Esquire | | |
| | Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Certification of Default of Stipulation of BANK OF AMERICA, N.A., which was filed with the Court on or about September 7, 2019 (Document No. 70).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 10, 2020