**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 16-12176-ELF

TROY S. KANE

1133 ARROTT STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TROY S. KANE

1133 ARROTT STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Date: 5/19/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee