**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Troy S. Kane                                                :Bankruptcy No. 16-12176

       Debtor                                                          :Chapter 13

**CERTIFICATION OF SERVICE**

      Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on June 13, 2020, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Motion to Modify the Plan Post Confirmation as well as the Notice, Response Deadline and Hearing Date to the creditors on the matrix, all parties in interest and all creditors who entered an appearance as well as to the following:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  10105

United States Trustee
Customs House
200 Chestnut Street
Suite 502
Philadelphia, PA  19106

Troy S. Kane
1133-35 Arrott Street
Philadelphia, PA  19124

      The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                     S/Diana M. Dixon, Esq.
                                                     Diana M. Dixon, Esq.
                                                     107 N. Broad Street   Suite 307
                                                   Doylestown, PA  18901
                                                   215-348-1500