# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**: Troy S. Kane                                              :Bankruptcy No. 16-12176

       Debtor                                                          :Chapter 13

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #93)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Modified Chapter 13 Plan **(Doc. # 98)** is **APPROVED**.

**Date:**                                                               _____
                                                                                            **Eric L. Frank**
                                                                                           **U.S. BANKRUPTCY JUDGE**