United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy S. Kane  
    Debtor

Case No. 16-12176-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Aug 26, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
db         +Troy S. Kane,   1133 Arrott Street,   Philadelphia, PA 19124-3175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DIANA M. DIXON   on behalf of Debtor Troy S. Kane dianamdixonesq@gmail.com
      KARINA VELTER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com
      KEVIN G. MCDONALD   on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      KRISTEN D. LITTLE   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pabk@logs.com, klittle@logs.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
      THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS I. PULEO   on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                          TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TROY S. KANE, | : | |
| Debtor | : | Bky. No.  16-12176 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #98) is **APPROVED**.

Date:  August 26, 2020

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE