**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Troy S. Kane                                                                 :Bankruptcy No. 16-12176

        Debtor                                                                           :Chapter 13

**ORDER**

**AND NOW,** this **28th day of January 2021**, upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation, it is hereby **ORDERED** that supplemental compensation of $750.00 is **ALLOWED** to Debtor's counsel and may be paid by the Trustee.

_____
    ERIC L. FRANK
    U.S. BANKRUPTCY JUDGE