United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12176-elf |
| Troy S. Kane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

**Recip ID        Recipient Name and Address**
db            +  Troy S. Kane, 1133 Arrott Street, Philadelphia, PA 19124-3175

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

**Name                Email Address**

ANDREW F GORNALL
                    on behalf of Creditor Bank of America  N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  logsecf@logs.com

DIANA M. DIXON
                    on behalf of Debtor Troy S. Kane dianamdixonesq@gmail.com

KARINA VELTER
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

KEVIN G. MCDONALD
                    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com klittle@logs.com;logsecf@logs.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Troy S. Kane                                                                :Bankruptcy No. 16-12176

        Debtor                                                                              :Chapter 13

## ORDER

**AND NOW,** this **28th day of January 2021**, upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation, it is hereby **ORDERED** that supplemental compensation of $750.00 is **ALLOWED** to Debtor's counsel and may be paid by the Trustee.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE