# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: :<br>:<br>**Troy S. Kane** :<br>:<br>Debtor(s). :<br>:<br>:<br>: | Case No.: 16-12176<br>**Chapter 13**<br>Judge Eric L. Frank<br>* * * * * * * * * * * * * * * * * * * * * * * |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

16-019171_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-12176** |
| **Troy S. Kane** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Troy S. Kane** | : | |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | : | |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Diana M. Dixon, Attorney for Troy S. Kane, 107 N. Broad Street, Suite 307, Doylestown, PA  18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Troy S. Kane, 1133 Arrott Street, Philadelphia, PA  19124

Troy S. Kane, 1133-35 Arrott Street, Philadelphia, PA  19124

City of Philadelphia, Department of Revenue Water Revenue Department, PO Box 41496, Philadelphia, PA  19101

DATE: <u>March 6, 2021</u>

/s/ Sarah E. Barngrover

16-019171_PS

Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

16-019171_PS