**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re: Troy S. Kane** | **Bankruptcy No. 16-12176** |
|       **Debtor** | |
| | |
| **Nationstar Mortgage LLC** | |
| **d/b/a Mr. Cooper** | **Chapter 13** |
|       **Movant** | |
|     **v.** | |
| | |
| **Troy A. Kane** | **11 U.S.C. Section 362** |
|       **Debtor** | |
| | |
| **William C. Miller, Esq.** | |
| | |
|       **Trustee** | |

**OBJECTION TO CERTIFICATION OF DEFAULT
OF NATIONSTAR MORTGAGE D/B/D MR. COOPER**

Debtor objects to an entry of default. Debtor disputes the amount of the arrearage as stated in the Certification of Default.

                                          **S/ Diana M. Dixon, Esq.**
                                             **Diana M. Dixon, Esq.**