**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re: Troy S. Kane** | **Bankruptcy No. 16-12176** |
| Debtor | |
| | |
| **Nationstar Mortgage LLC** | |
| **d/b/a Mr. Cooper** | **Chapter 13** |
| Movant | |
| v. | |
| **Troy A. Kane** | **11 U.S.C. Section 362** |
| Debtor | |
| **William C. Miller, Esq.** | |
| Trustee | |

### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **April 19, 2021,** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did serve the Objection To Certification of Default by regular mail or by electronic means to the following:

William C. Miller, Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA  19106

Troy S. Kane
1133-35 Arrott Street
Philadelphia, PA  19124

United States Trustee
833 Chestnut Street
Philadelphia, PA 19107

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106
ATTN: Rebecca A. Solarz, Esquire

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esquire</u>
**DIANA M. DIXON, Esquire**
**107 N. Broad St.**
**Suite 307**
**Doylestown, PA  18901**