**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Troy S. Kane                :Bankruptcy No. 16-12176

       Debtor                          :Chapter 13

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on May 20, 2021 pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Second Modified Plan Post Confirmation to the creditors on the matrix or to creditors that have different names or addresses on proofs of claims or to creditors that have different names or addresses on the docket and a copy of the Second Modified Plan Post Confirmation to the following:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

United States Trustee
200 Chestnut Street
Suite 500
Philadelphia, PA 19106

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                            S/Diana M. Dixon, Esq.
                            **DIANA M. DIXON, ESQ
                            107 N. Broad St.
                            Suite 307
                            Doylestown, PA  18901**