# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Troy S. Kane                                                             :Bankruptcy No. 16-12176

       Debtor                                                             :Chapter 13

## CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed in regards to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Date: August 1, 2021                                                S/Diana M. Dixon, Esq.
                                                                                             Diana M. Dixon, Esq.