## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**: Troy S. Kane :Bankruptcy No. 16-12176

Debtor :Chapter 13

## ORDER

**AND NOW,** upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2;

It is **ORDERED** that supplemental compensation of $750.00 is **ALLOWED** to Diana M. Dixon, Esq. post confirmation services rendered, payable by the Trustee as an administrative expense to the extent provided for in the confirmed plan.

Date: 8/2/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**