# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-12176-ELF

TROY S. KANE

1133 ARROTT STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TROY S. KANE

    1133 ARROTT STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    PO BOX 8333

    WAYNE, PA 19087-

Date: 6/24/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee