## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Troy S Kane
     Debtor,

Nationstar Mortgage LLC
     Movant.

v.

Troy S Kane
     Debtor/Respondent,

Kenneth E. West, Office of the Chapter 13
Standing Trustee, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
16-12176-elf

CHAPTER 13

11 U.S.C. § 362

## O R D E R

AND NOW, this __10th__ day of _____May_____, 2023, after notice to all required parties and certification of default under the terms of this Court's Order of June 4, 2021 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 1133-35 Arrott Street, Philadelphia, PA 19124; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Magdeline D. Coleman_
_____
HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE