Certificate Number: 15317-PAE-DE-037441752

Bankruptcy Case Number: 16-12176



15317-PAE-DE-037441752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2023, at 5:07 o'clock PM PDT, Troy S Kane completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 18, 2023

By: /s/Rowela Bagac

Name: Rowela Bagac

Title: Counselor