United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Troy S. Kane  
    Debtor

Case No. 16-12176-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: May 19, 2023     Form ID: 138OBJ     Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy S. Kane, 1133 Arrott Street, Philadelphia, PA 19124-3175 |
| 13700233 | | City of Philadelphia, Municipal Services Department, Department of Streets, 7th Floor, Philadelphia, PA 19102-1676 |
| 13861546 | + | Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2023 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13700232 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 19 2023 23:45:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 13700234 | | Email/Text: megan.harper@phila.gov | May 19 2023 23:45:00 | City of Philadelphia, Department of REvenue, Water Revenue Department, PO Box 41496, Philadelphia, PA 19101-1496 |
| 13778715 | + | Email/Text: megan.harper@phila.gov | May 19 2023 23:45:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13780255 | | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2023 23:45:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13705419 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 19 2023 23:51:44 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 19, 2023 | Form ID: 138OBJ | Total Noticed: 10

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

**Name** — **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

ANDREW F GORNALL
on behalf of Creditor Bank of America N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Bank of America N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

DIANA M. DIXON
on behalf of Debtor Troy S. Kane dianamdixonesq@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

KRISTEN D. LITTLE
on behalf of Creditor NATIONSTAR MORTGAGE LLC kdlittleecf@gmail.com

KRISTEN D. LITTLE
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@logs.com cistewart@logs.com;LOGSECF@logs.com

MATTEO SAMUEL WEINER
on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor Bank of America N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Troy S. Kane

        Debtor(s)          Case No: 16−12176−mdc

        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/19/23

172 − 168
Form 138OBJ